# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Secrets Apparel & Gifts, Inc.

**DEFENDANTS**
City of Rockford, an Illinois Municipality

**(b) County of Residence of First Listed Plaintiff** Winnebago
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Winnebago
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Wayne B. Giampietro
2550 West Golf Road, Suite 250
Rolling Meadows, IL 60008

FILED JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Attorneys (If Known)**
Kerry F. Partridge
425 East State Street
Rockford, IL 61104

08 C 50122

**II. BASIS OF JURISDICTION**: [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of This State: PTF [X] 1, DEF [ ] 1
- Incorporated or Principal Place of Business In This State: PTF [ ] 4, DEF [X] 4

**IV. NATURE OF SUIT**: 440 Other Civil Rights [X]

**V. ORIGIN**: [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**: Plaintiff has alleged violations of 42 USC §1983 and fees under §1988

**VII. PREVIOUS BANKRUPTCY MATTERS**: (none)

**VIII. REQUESTED IN COMPLAINT**: CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 [ ]; DEMAND $ ____; JURY DEMAND: Yes [ ] No [X]

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ____, previously dismissed by Judge ____

**DATE**: June 30, 2008
**SIGNATURE OF ATTORNEY OF RECORD**: /s/ Kerry F. Partridge