## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHER DIVISION OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| SECRETS APPAREL & GIFTS, INC., an Illinois Corporation,  )  )  )  Plaintiff,  )  )  vs.  )  )  CITY OF ROCKFORD, an Illinois Municipality,  )  )  )  Defendant.  ) | NO. 08 C 50122 |

### NOTICE OF MOTION

TO:  Kerry F. Partridge
City of Rockford Dept. of Law
425 E. State Street
Rockford, IL 61104

**PLEASE TAKE NOTICE** that on July 16, 2008 at 9:00 a.m., I shall appear before the Honorable Philip G. Reinhard, in his Courtroom located in the United States District Court for the Northern District of Illinois, Western Division 211 S. Court Street, Rockford, Illinois and then and there present MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND DECLARATORY RELIEF and MEMORANDUM IN SUPPORT THEREOF, a copy of which is herewith served upon you.

S/WAYNE B. GIAMPIETRO

WAYNE B. GIAMPIETRO
One of Plaintiff's Attorneys

Wayne B. Giampietro
Michael G. Aretos
Shannon B. Rigby
Stitt, Klein, Daday, Aretos & Giampietro
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008

1

847-590-8700; Facsimile: 847-590-9825

CERTIFICATE OF SERVICE

    I served Notice of Motion and documents referred to therein upon counsel above via electronic means on July 10, 2008.

                                                                        S/WAYNE B. GIAMPIETRO