## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHER DIVISION OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| SECRETS APPAREL & GIFTS, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) NO. 08 C 50122 |
| CITY OF ROCKFORD, an Illinois Municipality, | ) ) ) ) |
| Defendant. | ) |

### AMENDED NOTICE OF MOTION

TO:   Kerry F. Partridge
      City of Rockford Dept. of Law
      425 E. State Street
      Rockford, IL 61104

**PLEASE TAKE NOTICE** that on July 15, 2008 at 9:30 a.m., I shall appear before the Honorable Philip G. Reinhard, in his Courtroom located in the United States District Court for the Northern District of Illinois, Western Division 211 S. Court Street, Rockford, Illinois and then and there present MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND DECLARATORY RELIEF and MEMORANDUM IN SUPPORT THEREOF, a copy of which is herewith served upon you.

                              S/WAYNE B. GIAMPIETRO

                              WAYNE B. GIAMPIETRO
                              One of Plaintiff's Attorneys

Wayne B. Giampietro
Michael G. Aretos
Shannon B. Rigby
Stitt, Klein, Daday, Aretos & Giampietro
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008
847-590-8700; Facsimile: 847-590-9825

1

CERTIFICATE OF SERVICE

    I served this Amended Notice of Motion and documents referred to therein upon counsel above via electronic means on July 11, 2008.

                                        S/WAYNE B. GIAMPIETRO