# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50122 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Secrets Apparel & Gifts, Inc. vs. City Of Rockford | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for preliminary injunction [9] presented. The court orders a stay of enforcement of defendant's zoning ordinance until further order of court. Defendant's attorney is ordered to discuss this matter with plaintiff's attorney no later than July 24, 2008. Defendant's attorney is further ordered to provide plaintiff's attorney with a list of corrective steps for plaintiff to be in conformance with the zoning ordinance. Telephonic status conference set for 11:00 a.m. on July 28, 2008. Plaintiff's attorney to initiate the call.

*/s/ Philip G. Reinhard*

Electronic Notices.

00:10

| | Courtroom Deputy Initials: | JT |
|---|---|---|