# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50122 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Secrets Apparel & Gifts, Inc. Vs. City of Rockford | | |

**DOCKET ENTRY TEXT:**

Telephonic conference with attorneys held. Next telephonic status set for August 14, 2008 at 11:30 a.m. Plaintiff to initiate conference call. Prior order to remain in effect.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|