## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50122 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Secrets Apparel & Gifts vs. City of Rockford | | |

**DOCKET ENTRY TEXT:**

Status conference held. Per stipulation of parties, stay of enforcement of ordinance against plaintiff is extended to next status date. Telephonic status hearing set for October 15, 2008 at 10:00 a.m. Plaintiff's counsel to initiate the call.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | /sec |
|---|---|---|